**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-50339**
_____


**RICHARD BROOK,**

**Plaintiff-Appellee,**

**versus**

**PEAK INTERNATIONAL, LTD.,**

**Defendant-Appellant.**

---

Appeal from the United States District Court
for the Western District of Texas

---

July 9, 2002

ON PETITION FOR REHEARING

(Opinion June 13, 2002, 5th Cir. 2002, ____F.3d____)


Before JONES, WIENER, and PARKER, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for rehearing is GRANTED.

The opinion is modified to remove the last sentence of the first paragraph and to revise the statement of the conclusion as follows:

For the reasons stated above, we REVERSE the judgment of the district court and REMAND for further proceedings consistent with this opinion.